113

(No. 75-CC-158—)

WILLIAM M. FREIVOGEL, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS JUDICIAL INQUIRY BOARD, Respondent.

*Opinion filed September 25, 1974.*

WILLIAM M. FREIVOGEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6983—)

JUDITH HAWKINS, Claimant, *vs.* STATE OF ILLINOIS, Office of the SPEAKER OF THE HOUSE, Respondent.

*Opinion filed September 26, 1974.*

JUDITH HAWKINS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.